DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN IAN KENNEDY,**
Appellant,

v.

**JOSEPH LEIJA,**
Appellee.

No. 4D2025-0405

[January 22, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. DVCE-24-007280.

Steven Ian Kennedy, Fort Lauderdale, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***